

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 20, 2021

**BY EMAIL**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Rigoberto Ramos et al.*, S1 21 Cr. 640 (PKC)

Dear Judge Lehrburger:

    The Government respectfully requests that Superseding Indictment S1 21 Cr. 640 be unsealed. A proposed order is attached for the Court's consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: */s/ Micah F. Fergenson*
    Micah F. Fergenson
    Assistant United States Attorney
    (212) 637-2190

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :   ORDER
           -v.-                      :
                                     :
RIGOBERTO RAMOS,                     :   S1 21 Cr. 640
     a/k/a "Rico,"                   :
SAUL DORTA-HERNANDEZ,                :
DAVID PAGAN-LOPEZ,                   :
     a/k/a "David Lopez-Pagan," and  :
HENRY PINCKNEY,                      :
                                     :
           Defendants.               :
                                     :
------------------------------------ X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Micah F. Fergenson;

It is found that the Superseding Indictment in the above-captioned action, S1 21 Cr. 640, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Superseding Indictment S1 21 Cr. 640 in the above-captioned action be unsealed and remain unsealed pending further order of the Courte.

Dated:   New York, New York
         October 20, 2021

                                    _____
                                    HONORABLE ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE