```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :  ORDER
            -v.-                       :
                                       :
RIGOBERTO RAMOS,                       :  S3 21 Cr. 640
    a/k/a "Rico,"                      :
SAUL DORTA-HERNANDEZ,                  :
DAVID PAGAN-LOPEZ,                     :
    a/k/a "David Lopez-Pagan,"         :
DWIGHT LAWRENCE,                       :
    a/k/a "D," and                     :
HENRY PINCKNEY,                        :
                                       :
            Defendants.                :
                                       :
-------------------------------------- X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Micah F. Fergenson;

It is found that the Superseding Indictments in the above-captioned action, S2 21 Cr. 640 and S3 21 Cr. 640, are currently sealed and the United States Attorney's Office has applied to have those Indictments unsealed, and it is therefore

ORDERED that the Superseding Indictments S2 21 Cr. 640 and S3 21 Cr. 640 in the above-captioned action be unsealed and remain unsealed pending further order of the Courte.

Dated:   New York, New York
         October 25, 2021

_____
HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE