| NEW YORK | **Duane Morris®** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

October 27, 2021

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    United States v. David Pagan-Lopez, No. 21-cr-00640 (PKC)

Dear Judge Castel:

In accordance with Your Honor's October 27, 2021 Order (ECF 30), the proposed hourly rate for my associate, Arletta Bussiere's, time is $90 an hour, and we seek approval for her to work up to 275 hours should David Pagan-Lopez's case go to trial. Ms. Bussiere has already assisted with case management, client meetings, and overall strategy. I anticipate that she will also assist with legal research, brief writing, evidence collection and review, as well as preparing for and participating in any Court proceedings.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

      Respectfully submitted,

      /s/ Eric R. Breslin

      Eric R. Breslin

cc: All Counsel of Record (Via ECF)

**SO ORDERED**

*Ms. Bussiere is approved for up to 100 hours at $90 per hour.*

_____
Honorable P. Kevin Castel, U.S.D.J.
10-28-21

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*   GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800   PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429