UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                             S3 21 CR 640 (PKC)

        -against-                                         ORDER

Rigoberto Ramos, Saul Dorta-Hernandez,
David Pagan-Lopez, Henry Pinckney,
Dwight Lawrence

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The TIME for the conference scheduled on December 7, 2021 is moved to 3:30 p.m. in Courtroom 11D.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
        December 3, 2021