UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                            S3 21 CR 640 (PKC)

       -against-                                              ORDER

RIGOBERTO RAMOS, et al.,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for March 22, 2022 is adjourned until March 30, 2022 at 4:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to accommodate defense counsel, Eric Breslin's schedule.  Accordingly, the time between today and March 30, 2022 is excluded.

        SO ORDERED.

                                                      P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
           March 15, 2022