# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL 212.763.0833
DIRECT EMAIL jdabbs@kaplanhecker.com

January 6, 2023

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Application Granted.
So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
1-6-23

Re: *United States v. Henry Pinckney*, No. 1:21-cr-640 (PKC)

Dear Judge Castel:

I am CJA counsel appointed to represent defendant Henry Pinckney. I respectfully write to request that Your Honor grant Mr. Pinckney permission to travel to Dekalb County, Georgia from January 9, 2023, through January 11, 2023. Mr. Pinckney seeks to travel to Dekalb County to attend a mandatory court hearing on January 10, 2023, at 1:30 PM to resolve a legal matter pending in the DeKalb County Superior Court. Your Honor previously granted Mr. Pinckney permission to travel to Dekalb County for this purpose in June 2022. *See* ECF No. 68. I have consulted with AUSA Micah Fergenson and with Mr. Pinckney's Pretrial Services Officer, Laura Gialanella, and neither the Government nor Pretrial Services oppose Mr. Pinckney's request.

I appreciate the Court's consideration.

Respectfully submitted,

Jenna M. Dabbs
*Counsel for Henry Pinckney*

cc (via ECF): Micah Fergenson, Esq.
Alexander Li, Esq.
Laura Gialanella, Pretrial Services