# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL 212.763.0883
DIRECT EMAIL jdabbs@kaplanhecker.com

June 12, 2023

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

*Application Granted*
*SO ORDERED*
*[signature] USDJ*
*6-13-23*

Re:     *United States v. Henry Pinckney*, No. 1:21-cr-640 (PKC)

Dear Judge Castel:

I am CJA counsel appointed to represent defendant Henry Pinckney. I respectfully write to request that Your Honor grant Mr. Pinckney permission to travel to Atlanta, Georgia from July 17 through July 20, 2023. Mr. Pinckney hopes to travel to Atlanta, Georgia with his wife and two daughters to celebrate his 50th birthday. I have consulted with AUSA Micah Fergenson and with Mr. Pinckney's Pretrial Services Officer, Laura Gialanella, and neither the Government nor Pretrial Services oppose Mr. Pinckney's request.

I appreciate the Court's consideration.

Respectfully submitted,

Jenna M. Dabbs
*Counsel for Henry Pinckney*

cc (via ECF):     Micah Fergenson, Esq.
Alexander Li, Esq.
Laura Gialanella, Pretrial Services