UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                  S3 21 CR 640 (PKC)

   -against-               ORDER

HENRY PINCKNEY,

       Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

   The TIME for the scheduled plea on October 17, 2023 is moved to 4:00 p.m. in Courtroom 11D.

   SO ORDERED.

                  _____
                    P. Kevin Castel
                  United States District Judge

Dated: New York, New York
    September 27, 2023