UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      21 CR 640 (PKC)

       -against-                                        ORDER

HENRY PINCKNEY,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of defense counsel, consented to by the government, the plea hearing previously scheduled for January 24, 2024 is adjourned until March 5, 2024 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed due to a medical emergency.  Accordingly, the time between today and March 5, 2024 is excluded.

       SO ORDERED.

                                                              P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
           January 24, 2024