# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ᴿᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL 212.763.0883
DIRECT EMAIL jdabbs@kaplanhecker.com

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

6-11-24

June 11, 2024

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. Henry Pinckney*, No. 1:21-cr-640 (PKC)

Dear Judge Castel:

I am CJA counsel appointed to represent defendant Henry Pinckney. I respectfully write to request that Your Honor grant Mr. Pinckney permission to travel to Atlanta, Georgia from July 18 through July 23, 2024. Mr. Pinckney hopes to travel to Atlanta with his daughter to celebrate his 51ˢᵗ birthday. Your Honor previously granted Mr. Pinckney permission to travel to Atlanta in July 2023 when he traveled with his family to celebrate his 50ᵗʰ birthday. *See* Doc. No. 154.

Laura Gialanella, Mr. Pinckney's Pretrial Services Officer, has no objection to this request. The Government has informed us that it defers to Pretrial on this request and therefore does not object.

I appreciate the Court's consideration.

Respectfully submitted,

Jenna M. Dabbs
*Counsel for Henry Pinckney*

cc (via ECF):     Micah Fergenson, Esq.
Alexander Li, Esq.
Laura Gialanella, Pretrial Services