# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL 212.763.0883
DIRECT EMAIL jdabbs@kaplanhecker.com

Application Granted.   June 25, 2024

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
6-25-24

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Henry Pinckney*, No. 1:21-cr-640 (PKC)

Dear Judge Castel:

I am CJA counsel appointed to represent defendant Henry Pinckney. I write to respectfully request a modification to Your Honor's June 12, 2024 Order granting Mr. Pinckney permission to travel to Atlanta, Georgia from July 18 through July 23, 2024. Doc. No. 176. Although Mr. Pinckney still wishes to travel to Atlanta to celebrate his 51st birthday, he respectfully seeks permission to delay his trip by one week to accommodate his daughter's summer schedule, so that she can accompany him to Atlanta, as originally planned, from July 25 through July 30, 2024.

Laura Gialanella, Mr. Pinckney's Pretrial Services Officer, has no objection to this request. The Government has informed us that it defers to Pretrial on this request and therefore does not object.

I appreciate the Court's further consideration.

Respectfully submitted,

Jenna M. Dabbs
*Counsel for Henry Pinckney*

cc (via ECF):   Alexander Li, Esq.
Micah Fergenson, Esq.
Laura Gialanella, Pretrial Services