# Hecker Fink LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL    929.294.2540
DIRECT EMAIL   jdabbs@heckerfink.com

June 2, 2025

**BY CM/ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED.
SO ORDERED.
6/2/2025

_____
P. Kevin Castel
United States District Judge

Re:   *United States v. Henry Pinckney*, No. 21 Cr. 640 (PKC)

Dear Judge Castel:

    I am CJA counsel appointed to represent Henry Pinckney, a defendant in the above-captioned action. I write respectfully to request that Mr. Pinckney be permitted to travel to Atlanta, Georgia from July 15 through July 22, 2025 for a trip to celebrate his birthday. Your Honor has previously granted similar requests by Mr. Pinckney to travel to Atlanta in 2023 and 2024, respectively. ECF 154, 176.

    Pretrial Services does not object to this request. The Government takes no position and defers to Pretrial Services' view.

    I appreciate the Court's consideration.

Respectfully submitted,

Jenna M. Dabbs